■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASSAN STROTHER, Appellant. [816 NYS2d 909]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered January 18, 2005, convicting defendant, after a jury trial, of criminal trespass in the second degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant's challenge to the trial court's *Allen* charge is not preserved and we decline to review it in the interest of justice. Were we to review this claim, we would find that the court's reference to the prospect of a retrial in the event that the jury did not reach a verdict, was not coercive under the circumstances (*see People v Texidor*, 22 AD3d 320 [2005], *lv denied* 5 NY3d 885 [2005]; *People v Perez*, 164 AD2d 839, 842-843 [1990], *affd* 77 NY2d 928 [1991]). Concur—Buckley, P.J., Sullivan, Williams, Catterson and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ITZA REYES, Also Known as JANE DOUGH, Appellant. [817 NYS2d 196]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about July 17, 2003, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Sullivan, Williams, Catterson and McGuire, JJ.